WILLIAM L. OSTERHOUDT, Bar No. 43021
LAW OFFICES OF WILLIAM L. OSTERHOUDT
135 Belvedere Street
San Francisco, CA  94117
Telephone: (415) 664-4600

TIM BROSNAN, Bar No. 75938
Attorney at Law
1116 Guerrero Street
San Francisco, CA  94110
Telephone: (415) 962-7967

Attorneys for Petitioner,
OSCAR GATES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MARY ROHAN, ex rel. OSCAR GATES,<br><br>    Petitioner,<br><br>v.<br><br>KEVIN CHAPPELL,<br>    Warden, California State Prison at San Quentin,<br><br>    Respondent. | **C88-2779 WHA**<br><br>**DEATH PENALTY CASE**<br><br>PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER<br>(N.D.L.R.  5-1(i)(3), 7-11, 7-12) |

TO:  THE HONORABLE WILLIAM H. ALSUP, UNITED STATES DISTRICT JUDGE; GREGG ZYWICKE, DEPUTY ATTORNEY GENERAL; AND TO RICHARD W. WIEKING, CLERK OF THE UNITED STATES DISTRICT COURT:

    Pursuant to Northern District Local Rules, Rules 7-11 and 7-12, and the Court's January 14, 2013, Order, the parties hereby present this stipulation and proposed Orders.

    On January 14, 2013, this Court issued an Order, see Doc. 580, directing that within thirty days, the parties meet and confer regarding whether the stay in this matter should be lifted and either submit a joint request to lift the stay and proposed litigation schedule, or, if in disagreement regarding whether the stay should be lifted, submit opening cross-pleadings regarding the impact of *Ryan v. Gonzales*, 2013 WL 68690 (U.S., Jan. 8, 2013), and submit cross-replies fifteen days thereafter.

1  The parties have communicated by telephone and e-mail several times, met and conferred on January 24, 2013 and have scheduled a follow-up meet and confer session for January 31, 2013. Either a joint request or opening cross-pleadings are currently due February 13, 2013.

Respondent's counsel, John H. Deist and Gregg Zywicke have advised that Mr. Deist is withdrawing from the case and that Mr. Zywicke will continue as respondent's counsel.

Counsel for both parties had substantial, pre-existing obligations in other capital and non-capital matters when the January 14, 2013 Order issued, which will continue well beyond February 13, 2013. Retrieval and preliminary review of the files here will be somewhat time-consuming, as will preparation of any cross-pleadings.

Petitioner's counsel therefore seek a fourteen day extension of time as to each of the acts directed in the Court's Order, i.e., through and including February 27, 2013, for the parties to either file a joint request and proposed litigation schedule or opening cross-pleadings, with cross replies to be submitted fifteen days thereafter.

Respondent's counsel has no opposition to this request and stipulates to the Court granting it. Per N.D. Local Rules, rule 5-1 (i) (3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories listed below.

Petitioner will be glad to submit a more detailed showing if the Court finds that appropriate. There have been no prior requests to extend these dates and the time requested is relatively brief.

Per N.D. Local Rules, rule 7-12, a proposed Order is provided on the following page.

**STIPULATION**

It is so stipulated.


DATED: January 24, 2013       /s/ Gregg Zywicke
                              GREGG ZYWICKE
                              Deputy Attorney General,
                              Counsel for Respondent

///

///

It is so stipulated.

DATED: January 24, 2013        (By)    /s/ William L. Osterhoudt
                                       WILLIAM L. OSTERHOUDT
                                       TIM BROSNAN
                                       Counsel for Petitioner,
                                       OSCAR GATES


(Proposed) **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 29, 2013        _____
                               HONORABLE WILLIAM H. ALSUP
                               UNITED STATES DISTRICT JUDGE