United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR GATES,

    Petitioner,

v.

KEVIN CHAPPELL, Warden,

    Respondent.

                                     /

No. C 88-2779 WHA

**ORDER RE CASE MANAGEMENT CONFERENCE**

This matter was stayed in 2004 following an adjudication of mental incompetency, based on *Rohan ex. rel. Gates v. Woodford ("Gates")*, 334 F.3d 803 (9th Cir. 2003).[1] At that time, attorneys for petitioner and respondent agreed that petitioner was incompetent. On January 8, 2013, the Supreme Court decided *Ryan v. Gonzales*, abrogating *Gates* and holding that an incompetent capital prisoner has no right to an indefinite stay of habeas proceedings. 133 S. Ct. 696, 706-709. The Supreme Court further held that while the decision to grant a temporary stay is within the discretion of the district court, an indefinite stay is inappropriate if there is no reasonable hope the petitioner will regain competence in the foreseeable future. *Id.*

Pursuant to *Ryan*, this Court ordered the parties to meet and confer regarding whether the stay in this matter should be lifted. Petitioner maintains that the stay should be continued for a finite amount of time in order for the parties to address whether petitioner can be returned

---

[1] Petitioner was also adjudicated to be mentally incompetent in 1994, as part of the proceedings in this habeas matter, and in 1973, in a prior state criminal matter.

to competency. Respondent counters that, without a proffer as to petitioner's amenability to treatment and potential for restoration to competency, the stay ought to be lifted immediately and the proceedings recommenced.

Having reviewed the parties' submissions, the Court hereby ORDERS the parties to appear on May 16, 2013 at 11:00 am for a Case Management Conference regarding subsequent proceedings in this matter. In addition to the issues noted above, the parties should be prepared to discuss, *inter alia*, whether another next friend should be appointed in this matter, and whether this matter should be referred for settlement discussions. *See, e.g.*, *McPeters v. Chappell,* 2013 WL 360260, *7 (E.D. Cal., Jan. 29, 2013).

The parties are also ORDERED to submit a joint case management statement, addressing any of the above-mentioned issues not covered by the already-submitted pleadings, no later than ten days prior to the CMC.

**IT IS SO ORDERED.**

Dated: April    2   , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2