IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR GATES,

    Petitioner,

v.

KEVIN CHAPPELL, Warden,

    Respondent.
    /

No. C 88-2779 WHA

**ORDER**

Per the CMC held on May 16, 2013, the Court hereby ORDERS the following:

1) This matter is referred to Magistrate Judge Laurel Beeler for a settlement conference.

2) Within a week of the date of this Order, the parties are directed to meet and confer regarding record-based claims in the petition, and to submit a list of ten claims most appropriate for adjudication at this time. If the parties cannot agree on the same ten claims, each side is ORDERED to submit a separate list to the Court.

3) Petitioner's counsel is given leave of the Court to file a motion requesting transfer of petitioner Gates to a suitable mental health correctional facility for attempted restoration of petitioner's competency.

**IT IS SO ORDERED.**

Dated: May 16, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE