WILLIAM L. OSTERHOUDT, Bar No. 43021
LAW OFFICES OF WILLIAM L. OSTERHOUDT
135 Belvedere Street
San Francisco, CA  94117
Telephone: (415) 664-4600

TIM BROSNAN, Bar No. 75938
Attorney at Law
1116 Guerrero Street
San Francisco, CA  94110

Telephone: (415) 962-7967
Attorneys for Petitioner,

OSCAR GATES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MARY ROHAN, ex rel. OSCAR GATES,<br><br>     Petitioner,<br><br>         v.<br><br>KEVIN CHAPPELL,<br>     Warden, California State Prison at San Quentin,<br><br>     Respondent. | **C88-2779 WHA**<br><br>**DEATH PENALTY CASE**<br><br>PARTIES' STIPULATION AND ~~PROPOSED~~ ORDER<br>(N.D.L.R.   5-1(i)(3), 7-11, 7-12) |

TO:   THE HONORABLE WILLIAM H. ALSUP, UNITED STATES DISTRICT JUDGE;

GREGG ZYWICKE AND GLENN PRUDEN, DEPUTY ATTORNEYS GENERAL;   AND

TO RICHARD W. WIEKING, CLERK OF THE UNITED STATES DISTRICT COURT:

      Pursuant to Northern District Local Rules, Rules 7-11 and 7-12, and the Court's May

16, 2013, Order, the parties hereby present this stipulation and proposed Order.

      On May 16, 2013, this Court issued an Order, see Doc. 594, requiring that within

seven days, i.e., May 23, 2013, the parties meet and confer regarding record-based claims in

the petition, and to either submit a list of ten claims most appropriate for adjudication at this

time, or, if in disagreement, each side to submit a separate list to the Court.  Doc. 594, at

1:17-20.

The parties have communicated by e-mail several times, initially scheduled a meet and confer session for May 21, 2013 and have tentatively deferred that meet and confer session to a day to be determined during the week of May 27, 2013.   Respondent's counsel have completed their review, believe that all the claims are record based and are open to discussing which ten claims are most appropriate for current litigation.   Petitioner's counsel have worked diligently but have not completed their review of the petition and record, due both to the record's complexity and obligations in other cases both capital and non-capital.

Petitioner's counsel therefore seek a seven day extension of time, i.e., through and including May 30, 2013, for petitioner to complete their review, the parties to meet and confer and either to file a joint pleading or separate pleadings responding to the Court's Order.

Respondent's counsel has no opposition to this request and stipulates to the Court granting it.   Per N.D. Local Rules, rule 5-1 (i) (3), I attest that concurrence in the filing of the document has been obtained from each of the other signatories listed below.

Petitioner will be glad to submit a more detailed showing if the Court finds that appropriate.   There have been no prior requests to extend the date and the time requested is relatively brief.

Per N.D. Local Rules, rule 7-12, a proposed Order is provided on the following page.

STIPULATION

It is so stipulated.


DATED:  May 23, 2013                              /s/   Gregg Zywicke
                                                 GREGG ZYWICKE
                                                 GLENN PRUDEN
                                                 Deputy Attorneys General,

                                                 Counsel for Respondent

It is so stipulated.


DATED:  May 23, 2013                              /s/   Tim Brosnan
                                                 WILLIAM L. OSTERHOUDT
                                                 TIM BROSNAN
                                                 Counsel for Petitioner,
                                                 OSCAR GATES

(Proposed) **ORDER**

1

2          PURSUANT TO STIPULATION, IT IS SO ORDERED.

3

4    DATED:    May 23, 2013



5                                          HONORABLE WILLIAM H. ALSUP
                                           UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28