IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GATES, | No. C 88-2779 WHA |
| Petitioner, | **ORDER RE BRIEFING SCHEDULE** |
| v. | |
| KEVIN CHAPPELL, Warden, | |
| Respondent. / | |

The Court hereby orders the parties to address the merits of the claims presented in the joint filing of **May 30, 2013**. Petitioner should file his opening brief within 45 days of the date of this Order. Respondent should file his opposition within 30 days of the date of petitioner's opening brief. Any reply should be filed within 15 days of respondent's opposition.

**IT IS SO ORDERED.**

Dated: June   21   , 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE