1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR GATES,<br><br>                              Petitioner,<br><br>           v.<br><br>KEVIN CHAPPELL,<br><br>Acting Warden of San Quentin State Prison,<br><br>                              Respondent. | No.  C 88-2779 WHA<br><br>**DEATH-PENALTY CASE**<br><br>**ORDER** |

        Petitioner is a condemned inmate at San Quentin State Prison.  Although he is represented by counsel, petitioner has recently filed a Motion for Summary Judgment and Issuance of Direct Writ of Habeas Corpus *in propria persona* and without the assistance of counsel.

        Because petitioner is represented by counsel, any motions of this type should be filed by counsel.  Accordingly, the Court DENIES WITHOUT PREJUDICE petitioner's Motion for Summary Judgment and Issuance of Direct Writ of Habeas Corpus.

**IT IS SO ORDERED**.

DATED: June _____29_____, 2013

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE