# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GATES,<br><br>                      Petitioner,<br><br>  v.<br><br>KEVIN CHAPPELL,<br><br>Acting Warden of San Quentin State Prison,<br><br>                      Respondent. | No. C 88-2779 WHA<br><br>**DEATH-PENALTY CASE**<br><br>**ORDER DENYING WITHOUT PREJUDICE PETITIONER'S MOTION TO FILE DOCUMENT UNDER SEAL** |

Petitioner is a condemned inmate at San Quentin State Prison. Through his counsel, he has requested to file a document, specifically a declaration of counsel, under seal. Because petitioner has not made an adequate showing pursuant to Civil Local Rules 79-5 and 7-11 that this document should be sealed, petitioner's motion is DENIED without prejudice.

**IT IS SO ORDERED**.

DATED: September  24 , 2013

                                                    WILLIAM ALSUP
                                                    UNITED STATES DISTRICT JUDGE