1

2

3

4

5

6

7

8                      IN THE UNITED STATES DISTRICT COURT

9

10                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   OSCAR GATES,                              No. C 88-2779 WHA

13          Petitioner,                        **ORDER**

14   v.

15   KEVIN CHAPPELL, Warden,

16          Respondent.
     _____/
17

18          Petitioner has requested a six-week extension to file merits briefing on ten claims.  For

19   the following reasons, petitioner's request for a six-week extension is DENIED.

20          Petitioner's brief was due on January 24, 2014; he filed his request well after the close

21   of business on January 23, 2014 (the ECF notification is time-stamped 9:46 pm.)  Petitioner is

22   represented by two highly-qualified attorneys, and the Court initially ordered briefing on ten

23   claims in this matter on June 24, 2013.  The Court granted previous continuances on the

24   briefing as a result of the government shutdown and in order to allow the parties to focus on

25   settlement, but the Court confirmed at the most recent hearing of December 18, 2013 that

26   further delays would not be tolerated.

27          In light of the above, and in light of the fact that the parties are addressing only ten

28   claims in the petition, petitioner's declaration does not provide adequate justification for a six-

**United States District Court**
For the Northern District of California

week extension of time, nor indeed for any delay in the briefing schedule ordered by the Court in December.  Nonetheless, the Court will allow a two-week extension from the original deadline.  Accordingly, petitioner's opening brief is due no later than noon on February 7, 2014.  Respondent's opposition is due on or before March 7, 2014; petitioner's reply is due on or before March 21, 2014.  The hearing is scheduled for April 9, 2014 at 1:30 pm.  No further extensions will be granted.

**IT IS SO ORDERED.**

Dated: January   28  , 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

United States District Court

For the Northern District of California

2