1
2
3
4
5
6
7
8                    IN THE UNITED STATES DISTRICT COURT
9
10               FOR THE NORTHERN DISTRICT OF CALIFORNIA
11
12   OSCAR GATES,                                No. C 88-2779 WHA
13             Petitioner,                       **ORDER**
14      v.
15   KEVIN CHAPPELL, Warden,
16             Respondent.
                                        /
17   ————————————————————————
18          It has come to the Court's attention that respondent has scheduled a mental health
19   examination of petitioner by Dr. Park Dietz.  The examination is apparently scheduled for
20   March 3, 2014.  Respondent notified petitioner of this scheduled examination, but did not notify
21   the Court, nor move to conduct the examination pursuant to Fed. Rule Civ. Pro. 35.
22          As the Court's earlier orders clearly indicated, the parties are to submit a joint proposal
23   to the Court regarding any proposed examination of petitioner.  *See* Docket Nos. 660 and 700.
24   Per the Court's earlier orders, Rule 35, and the procedures that have previously been followed
25   in this matter, neither party is permitted to examine petitioner Gates without prior leave of
26   Court.  Nothing in the Court's earlier orders authorized an independent examination of
27   petitioner without Court approval of the procedures to be utilized for the examination.
28   Accordingly, respondent's scheduled exam of petitioner is VACATED.  The parties are once

**United States District Court**
For the Northern District of California

again ORDERED to meet and confer in good faith, and to submit a joint plan for examination of petitioner Gates.  No examination of petitioner Gates is to be conducted absent leave of Court.

**IT IS SO ORDERED.**

Dated: February __24__, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE