IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR GATES,

    Petitioner,

v.

KEVIN CHAPPELL, Warden,

    Respondent.

No. C 88-2779 WHA

**ORDER**

Pursuant to the Court's earlier Orders, petitioner has filed briefing on the merits of the claims listed in the parties' filing of May 30, 2013. Respondent's brief on the merits, which is due on or before March 21, 2014, should address the arguments made in petitioner's brief, as respondent deems appropriate. Merits briefing on additional claims will take place pursuant to future Court Orders.

Petitioner is reminded that the Court has ordered electronic filing of the Second Amended Petition. *See* Docket No. 700. Petitioner should e-file the Second Amended Petition within seven days of the date of this Order.

This Order resolves Docket Nos. 701 and 702.

**IT IS SO ORDERED.**

Dated: March __5__, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE