IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR GATES,  No. C 88-2779 WHA

    Petitioner, **ORDER**

  v.

KEVIN CHAPPELL, Warden,

    Respondent.

    Petitioner has requested permission to file an oversize reply brief. Rule 7.4(b) of the Northern District Local Rules limits a brief to 25 pages of text, "[u]nless the court expressly orders otherwise pursuant to a party's request made prior to the due date. . . ." For good cause shown, petitioner is given leave to file a reply brief of no more than 30 pages.

    This Order resolves Docket No. 708.

**IT IS SO ORDERED.**

Dated: March  20 , 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE