United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GATES, | No. C 88-2779 WHA |
| Petitioner, | **ORDER VACATING HEARING DATE OF APRIL 9, 2014** |
| v. | |
| KEVIN CHAPPELL, Warden, | |
| Respondent. | |

A hearing concerning the motions filed at Docket Nos. 667, 697 and 698 is scheduled for April 9, 2014. The Court finds that the motions are suitable for disposition without oral argument, pursuant to Civil Local Rule 7-1(b). Accordingly, the hearing date is **VACATED.**

**IT IS SO ORDERED.**

Dated: April __28__, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE