IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR GATES,

    Petitioner,

v.

KEVIN CHAPPELL, Warden,

    Respondent.

No. C 88-2779 WHA

**ORDER**

The Court is in receipt of the parties' separate statements regarding examination of petitioner Gates, as well as the submitted CVs of the proposed experts. Before appointing an expert, the Court requests that the parties address the following, as to Dr. Jessica Ferranti (proposed by respondent) and Dr. Mark Levy (proposed by petitioner).

1) The dates that Drs. Ferranti and Levy would be available to commence examination of petitioner.

2) Whether Drs. Ferranti and Levy have particular experience with the issues here, specifically the potential suitability and amenability to restoration of competence of incompetent persons, and any procedures that should be employed to attempt competency restoration.

Within five days of the date of this Order, the parties should submit separate supplemental statements regarding the above issues.

**IT IS SO ORDERED.**

Dated: May 21, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE