IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR GATES,  
        Petitioner,  
  v.  
KEVIN CHAPPELL, Warden,  
        Respondent.

No. C 88-2779 WHA

**ORDER**

Petitioner has requested an extension of time to file his opening brief on the five claims identified in the Court's previous Order of April 29, 2014. For good cause shown, petitioner is **GRANTED** an extension of **fourteen days**. Thus, petitioner's opening brief is due no later than June 10, 2014. Respondent's opposition is due no later than June 24, 2014. Any reply is due no later than July 8, 2014. No further extensions shall be granted.

This Order resolves Docket No. 731.

**IT IS SO ORDERED.**

Dated: May __22__, 2014.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE