WILLIAM L. OSTERHOUDT, Bar No. 43021
LAW OFFICES OF WILLIAM L. OSTERHOUDT
135 Belvedere Street
San Francisco, CA 94117
Telephone: (415) 664-4600

TIM BROSNAN, Bar No. 75938
Attorney at Law
1116 Guerrero Street
San Francisco, CA 94110
Telephone: (415) 962-7967

Attorneys for Petitioner,
OSCAR GATES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MARY ROHAN, ex rel. OSCAR GATES,<br><br>    Petitioner,<br><br>    v.<br><br>KEVIN CHAPPELL,<br>    Warden, California State Prison at San Quentin,<br><br>    Respondent. | **C88-2779 WHA**<br>**DEATH PENALTY CASE**<br><br>[PROPOSED]<br>ORDER |

Good cause appearing, petitioner's motion to file his merits brief exceeding 25 pages is granted.

IT IS SO ORDERED.

DATED: June 12, 2014

_____
**HON. WILLIAM H. ALSUP**
**United States District Judge**