IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR GATES,

    Plaintiff,

  v.

KEVIN CHAPPELL, Warden,

    Defendant.

No. C 88-02779 WHA

**ORDER**

    In a previous order (dkt. #740) the Court appointed Dr. Jessica Ferranti as the examiner of petitioner Gates. Dr. Ferranti's Forensic Psychiatry Case Manager contacted the court for clarification of the order. Dr. Ferranti's signed report shall be mailed to this Court, Philip Burton Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102 and to counsel. In Dr. Ferranti's professional opinion, if after the first day of examination it is determined no additional days are needed, the second day can be cancelled. The examination should begin on June 23, 2014.

**IT IS SO ORDERED.**

Dated: June 18, 2014

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE