IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR GATES,

    Petitioner,

v.

KEVIN CHAPPELL, Warden,

    Respondent.

No. C 88-2779 WHA

**ORDER RE SUPPLEMENTAL BRIEFING**

Within seven days of the date of this Order, petitioner and respondent are ORDERED to submit cross-briefs of no more than five pages each addressing the following issues: 1) whether the State of California/California Department of Corrections and Rehabilitation has a legal obligation to provide treatment to an incompetent prisoner for restoration of competency; and 2) whether a federal court in a habeas proceeding has the authority to mandate such treatment.

Within seven days of the opening cross-briefs, each party may submit replies of no more than five pages each.

**IT IS SO ORDERED.**

Dated: September   25  , 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE