**United States District Court**
For the Northern District of California

1

2

3

4

5

6                                IN THE UNITED STATES DISTRICT COURT

7

8                            FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10    OSCAR GATES,                                    No. C 88-2779 WHA

11                      Petitioner,                   **ORDER RE MERITS BRIEFING**

12       v.

13    RON DAVIS, Acting Warden,

14                      Respondent.

                                                /

15

16          Based on the submissions of the parties, and review of the petition, the Court hereby

17    **ORDERS** the following.  Within 45 days of the date of this Order, petitioner is **ORDERED** to

18    brief the merits of the following claims: Claim 8A, Claim 8B, Claim 8C, Claim 8D and Claim 9.

19    Respondent's opposition will be due within 20 days of the date of petitioner's opening brief and

20    any reply brief by petitioner will be due within ten days of respondent's opposition.

21          The Court will schedule a hearing if necessary.  As the Court has already stated, the

22    parties should avoid oversized briefs if possible.

23

24          **IT IS SO ORDERED.**

25

26    Dated: April ____14____, 2015.

                                            _____
27                                          WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE

28