IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **OSCAR GATES,**<br><br>                          Petitioner,<br><br>          v.<br><br>**RONALD DAVIS, Acting Warden of the California State Prison at San Quentin,**<br><br>                          Respondent. | Case No. C 88-2779 WHA<br><br>[PROPOSED] ORDER |

Respondent has requested an extension of five days to file the responsive brief on the merits to claims 8 and 9. For good cause shown, respondent's request is GRANTED. Respondent's brief shall be due on June 23, 2015. Petitioner's reply will be due on July 3, 2015.

IT IS SO ORDERED.

Dated:   June 19, 2015

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge

[Proposed] Order - *Gates v. Davis* - (C 88-2779 WHA)