IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GATES,<br><br>            Petitioner,<br><br>   v.<br><br>RON DAVIS, Warden, San Quentin State Prison<br><br>            Respondent. | No. C 88-2779 WHA<br><br>DEATH PENALTY CASE<br><br>**ORDER GRANTING ONE-DAY EXTENSION OF TIME IN WHICH TO FILE A REPLY** |

Petitioner requests a one-day extension of time in which to file his reply. Good cause having been shown, the request is granted. Petitioner's reply is now due July 7, 2015.

Dated: July 7, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE