IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OSCAR GATES,

    Petitioner,

  v.

RONALD DAVIS, Warden,

    Respondent.

No. C 88-2779 WHA

**SCHEDULING ORDER**

Pursuant to the parties' joint statement and this Court's previous Orders, the Court hereby **ORDERS** the following:

1) Within 28 days of the date of this Order, petitioner's counsel shall submit a proposed CJA budget for the next round of briefing;

2) Within 56 days of the date of this Order, petitioner shall submit an opening brief on the merits of Claims 6A, 6B, and 7;

3) Within 28 days of the date of petitioner's opening brief, respondent shall submit an opposing brief;

4) Within 14 days of the date of respondent's opposition, petitioner shall submit a reply brief;

5) Any citations to the record should be included in an appendix to the parties' pleadings.

**IT IS SO ORDERED.**

Dated: June 17, 2016.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE