WILLIAM L. OSTERHOUDT, Bar No. 43021
LAW OFFICES OF WILLIAM L. OSTERHOUDT
135 Belvedere Street
San Francisco, CA  94117
Telephone: (415) 664-4600
Facsimile: (415) 664-4691
Email:  Osterhoudt@aol.com

TIM BROSNAN, Bar No. 75938
Attorney at Law
1116 Guerrero Street
San Francisco, CA  94110
Telephone: (415) 962-7967
Email:  brosnant@pacbell.net

Attorneys for Petitioner,
OSCAR GATES

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MARY ROHAN, ex rel. OSCAR GATES,<br><br>    Petitioner,<br><br>                  v.<br><br>KEVIN CHAPPELL,<br><br>    Warden, California State Prison at San Quentin,<br><br>    Respondent.<br>_____ | C88-2779 WHA<br><br>DEATH PENALTY CASE<br><br>PETITIONER'S UNOPPOSED REQUEST FOR 2-DAY EXTENSION OF TIME TO FILE OPENING MERITS BRIEF RE: CLAIMS 6A-B & 7; [PROPOSED] ORDER |

TO:   THE HONORABLE WILLIAM H. ALSUP, UNITED STATES DISTRICT JUDGE; GREGG ZYWICKE, GLENN PRUDEN, AMBER WIPFLER, DEPUTY ATTORNEYS GENERAL;   AND TO RICHARD W. WIEKING, CLERK OF THE UNITED STATES DISTRICT COURT:

      Petitioner respectfully moves the Court to modify the briefing schedule to permit Petitioner two (2) additional days to file Petitioner's Opening Brief On The Merits on Claims 6 A. - B. and 7.

Petitioner's brief is currently scheduled to be filed on Friday, August 12, 2016.  Petitioner requests permission to file the Brief on Tuesday, August 16, 2016.

Counsel for Petitioner has communicated this request to counsel for Respondent, Deputy Attorney General Gregg Zywicke, who responded that the state has no objection.   Petitioner does not anticipate requesting any additional time to file the Opening Brief in this matter.

Petitioner requests this extension of time in order to be able to prepare and submit the Opening Brief, which will address some complex legal questions and related matters involving the record.  The Court's June 17, 2016, Order, Doc. 796, directed that any citations to the record should be included in an appendix to the parties' pleadings, id., at 1:22-23.  Proper preparation of the brief and appendix is taking significant time.   As part of the CJA Budgeting process, counsel requested and this Court issued an Order approving a budget on July 26, 2016, which was emailed to counsel on August 1, 2016.

Counsel are diligently working on preparation of the Brief.  During the time since the Court's June 17, 2016, Order, counsel have also had pre-existing obligations in other cases, including capital matters, which have necessarily required time, giving rise to this request.

Mr. Osterhoudt is also counsel in Johnson v. Ayers, 3:98-cv-04043-SI, a capital Habeas case wherein the parties are litigating the scope of an evidentiary hearing recently granted by the District Court; United States v. Aguilera, No. 3:09-cr-00988-CRB ( N.D. Cal), on remand from the Ninth Circuit for evidentiary hearing regarding a cell phone search in the case, hearing scheduled for August 19, 2016; United States v. Petrov, 3:16-cr-00159-WHA, wherein motions must be filed by the end of August and are in preparation, United States v. Rush, 4:15-cv-00454, a case requiring review of voluminous discovery.

```
Pet.'s Request for 2-Day Ext. Time To File Brief
Gates v. Chappell, 88-2779 WHA
```

Mr. Brosnan is also co-counsel for the condemned petitioner in: Berryman v. (San Quentin Warden), Ninth Circuit no. 10-10-99004, an appeal after denial of a 28 U.S.C. §2254 habeas corpus petition, in which he has been the primary author of several pleadings and submissions either filed in the public docket or under seal and oral argument is under consideration for the November calendar;   Arias v. (San Quentin Warden), Eastern District of California no. CIV.S-99-0627 WBS DB, in which a brief on the merits of all claims in the petition under 28 U.S.C. §2254(d) is due November 30, 2016, Doc. 308, and work is ongoing;  Williams v. (San Quentin Warden), E.D. Cal no. 1:09-cv-01068-DAD-SAB, in which respondent filed its answer on August 12, 2016, Doc. 77, and petitioner's brief on the merits of all claims in the petition under 28 U.S.C. §2254(d) is due August 22, 2017, Doc. 69, and work is ongoing.

Even with the delays occasioned by these issues, counsel for Petitioner believe they will be able to file the Opening Brief on Tuesday, August 16, 2016, two days after the current due date.

For the foregoing reasons, Counsel for petitioner respectfully request a two-day extension, to August 16, 2016, to file the Opening Brief.

DATE: August 12, 2016              Respectfully submitted,


                                   /s/ William L. Osterhoudt
                                   WILLIAM L. OSTERHOUDT

                                   /s/ Tim Brosnan
                                   TIM BROSNAN

                                   Counsel for Petitioner,
                                   OSCAR GATES

[PROPOSED] ORDER

Good cause appearing, Petitioner's motion to extend the time for filing the Opening Brief on Claims 6 A. – B. and 7 to August 16, 2016, is granted.

IT IS SO ORDERED.

DATED: August 22, 2016



HON. WILLIAM H. ALSUP
United States District Judge