IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GATES,<br><br>                            Petitioner,<br><br>   v.<br><br>RON DAVIS, Warden of the California State Prison at San Quentin,<br><br>                            Respondent. | Case No. C 88-2779 WHA<br><br>[PROPOSED] ORDER |

     GOOD CAUSE APPEARING, it is hereby ordered that Respondent may have until September 27, 2016, to file its brief on the merits of claims 6 A and B, and 7. Petitioner's reply brief is due within 14 days of respondent's brief.

Dated: October 6, 2016

_____
THE HONORABLE WILLIAM ALSUP
United States District Judge

1

[Proposed] Order - *Gates v. Davis* - (C 88-2779 WHA)