WILLIAM L. OSTERHOUDT, Bar No. 43021
LAW OFFICES OF WILLIAM L. OSTERHOUDT
135 Belvedere Street
San Francisco, CA  94117
Telephone: (415) 664-4600

TIM BROSNAN, Bar No. 75938
Attorney at Law
1116 Guerrero Street
San Francisco, CA  94110
Telephone: (415) 962-7967

Attorneys for Petitioner,
OSCAR GATES

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MARY ROHAN, ex rel. OSCAR GATES,<br><br>　　Petitioner,<br><br>　　　　　　　v.<br><br>RONALD DAVIS,<br><br>　　Warden, California State Prison at San Quentin,<br><br>　　Respondent. | C88-2779 WHA<br>DEATH PENALTY CASE<br><br>[PROPOSED]<br>ORDER |

　　Good cause appearing, petitioner's motion to extend the time in which to file his reply brief through and including Thursday, October 20, 2016, is granted.

　　IT IS SO ORDERED.

DATED: October 11, 2016

　　　　　　　　　　　　　　　　　　　　　　/s/ William Alsup
　　　　　　　　　　　　　　　　　　　　　　HON. WILLIAM H. ALSUP
　　　　　　　　　　　　　　　　　　　　　　United States District Judge