UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GATES,<br><br>    Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden, San Quentin State Prison<br><br>    Respondent. | No. C 88-2779 WHA<br><br>DEATH PENALTY CASE<br><br>**SCHEDULING ORDER** |

Pursuant to the parties' joint statement and this Court's previous Orders, the Court hereby **ORDERS** the following:

1) Within 28 days of the date of this Order, petitioner's counsel shall submit a proposed CJA budget for the next round of briefing;

2) Within 56 days of the date of this Order, petitioner shall submit an opening brief on the merits of Claims 5A, 5B, 5C and 18;

3) Within 28 days of the date of petitioner's opening brief, respondent shall submit an opposing brief;

4) Within 14 days of the date of respondent's opposition, petitioner shall submit a reply brief;

//

5) Any citations to the record should be included in an appendix to the parties' pleadings.

**IT IS SO ORDERED.**

**Dated:** April 18, 2017

_____
WILLIAM ALSUP
United States District Judge