UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR GATES,<br><br>        Petitioner,<br><br>    v.<br><br>RON DAVIS, Warden, San Quentin State Prison<br><br>        Respondent. | No. C 88-2779 WHA<br><br>DEATH PENALTY CASE<br><br>**ORDER GRANTING IN PART RESPONDENT'S MOTION FOR AN EXTENSION OF TIME** |

Respondent's motion for an extension of time in which to file an answering brief is granted in part. The answer shall be submitted no later than July 28.

**IT IS SO ORDERED.**

**Dated:** July 12, 2017

                                                WILLIAM ALSUP
                                                United States District Judge