UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MARY ROHAN, *ex rel.* OSCAR GATES,<br><br>    Petitioner,<br><br>  v.<br><br>RON BROOMFIELD, Acting Warden San Quentin State Prison,<br><br>    Respondent. | No. C 88-02779 WHA<br><br>**DEATH PENALTY CASE**<br><br>**ORDER** |

At the request of the parties, a status conference was held on August 4, 2021, during which the evidentiary hearing scheduled for August 16 and 17 was continued to October 25--27 and various deadlines relating to discovery in advance of the hearing were established. Petitioner has now filed a motion seeking clarification of the Court's intent in light of certain docket text included in the minutes of the conference entered on the docket. In short, the deadlines set forth in the docket text were included because those deadlines — imposing a deposition cutoff and requiring disclosure of expert reports — were revised from earlier dates set by the Court before hearing argument from the parties. Specifically, due to concerns expressed by both parties, the deadline for expert reports was moved from August 31 to September 24, and the deadline for completion of all depositions was moved to October 15. Other deadlines established at the conference, including disclosure of witnesses and intended

subpoenas and identification of witnesses a party wishes to depose, were not amended in view of the parties' argument and therefore remain binding.

Accordingly, to the extent set forth in this Order, Petitioner's Motion for Clarification of August 4, 2021 Minute Order (Docket No. 946) is **GRANTED**. Respondent has complied with the deadline for providing a list of his proposed witnesses and identifying those individuals or entities he intends to subpoena. *See* Docket No. 948. Petitioner shall do the same within twenty-four hours of the entry of this order so that the parties may continue their preparation for the hearing.

**IT IS SO ORDERED.**

Dated: August 11, 2021.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE