UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COLLEEN MARY ROHAN, *ex rel.* OSCAR GATES,<br><br>    Petitioner,<br><br>    v.<br><br>RON BROOMFIELD, Acting Warden, San Quentin State Prison,<br><br>    Respondent. | Case No. 88-cv-02779-WHA<br><br>DEATH PENALTY CASE<br><br>ORDER |

For good cause, this matter is set for a pre-hearing conference on **October 20, 2021, at 1:00 p.m.**, in Courtroom 12. Motions concerning the admissibility of evidence, including any motions *in limine*, are due by 5:00 p.m. on October 15, 2021. Opposition to such motions shall be filed by 5:00 p.m. on October 18, 2021. The parties are referred to the Standing Order for Civil Bench Trials, *available at* https://cand.uscourts.gov/wp-content/uploads/judges/alsup-wha/WHA-Standing-Order-for-Bench-Trials.pdf, for general guidance about formulating, and limiting, motions *in limine*.

**IT IS SO ORDERED.**

Dated: 9/28/2021

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE